IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JDS THERAPEUTICS, LLC and NUTRITION 21, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CVS HEALTH CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 15CV4365 <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) **ECF CASE** <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF NUTRITION 21, LLC
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Nutrition 21, LLC certifies that Nutrition 21, LLC is a wholly-owned subsidiary of JDS Therapeutics, LLC. No publicly held corporation owns 10% or more of JDS Therapeutics, LLC's stock.

Dated: June 5, 2015

Respectfully submitted,

By: _____
STROOCK & STROOCK & LAVAN LLP
Brian M. Rothery, Esq.
Joseph Diamante, Esq.
Kenneth L. Stein, Esq.
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

*Attorneys for Plaintiffs
JDS THERAPEUTICS, LLC and
NUTRITION 21, LLC*