## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JDS THERAPEUTICS, LLC and<br>NUTRITION 21, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CVS Health Corporation and<br>CVS Pharmacy, Inc.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:15-cv-04365(JSR)(AJP)<br><br>JURY TRIAL DEMANDED |

## FEDERAL RULE CIVIL PROCEDURE 7.1 DISCLOSURE
## STATEMENT OF CVS PHARMACY, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CVS Pharmacy, Inc. hereby

states as follows:

CVS Pharmacy, Inc. is a wholly-owned subsidiary of CVS Health Corporation. CVS

Health Corporation is the only publicly-held corporation that owns 10% or more of CVS

Pharmacy, Inc.


Respectfully submitted,

Dated:  July 21, 2015

By:   */s/Steven Lieberman*
Steven Lieberman
Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005
Phone:  202-783-6040
Facsimile:  202-783-6031
E-Mail:  slieberman@rfem.com


*Counsel for Defendants CVS Health*
*Corporation and CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2015, the foregoing **FEDERAL RULE CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF CVS PHARMACY, INC.** was filed electronically by means of the Court's CM/ECF system.  I further certify that the foregoing was served by means of electronic mail, as well as by the Court's CM/ECF system, which should have sent a Notice of Docket Activity, upon the following counsel of record for Plaintiff:

Brian M. Rothery
Joseph Diamante
Madelon Lys Witte
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10036-2711
(212)-806-6205
Fax: (212)-806-9205
brothery@stroock.com
jdiamante@Stroock.com
mwitte@stroock.com


*/s/ Nasri V. B. Hage*
Nasri V. B. Hage