IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JDS THERAPEUTICS, LLC, <br> and <br> NUTRITION 21, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | Case No. 1:15-cv-04365 (JSR) (AJP) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-referenced action hereby stipulate that pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice. Each party will bear its own costs.

Dated: November 11, 2015

| | |
|---|---|
| STROOCK & STROOCK & LAVAN, LLP <br> Attorneys for Plaintiffs <br><br> By:   _s/ Brian M. Rothery_____ <br> Brian M. Rothery <br> Matthew W. Siegal <br> Jason M. Sobel <br> Madelon L. Witte <br> 180 Maiden Lane <br> New York, NY 10038 <br> Telephone: (212) 806-6663 <br> Facsimile: (212) 806-7663 <br> Email: SSL-JDS_v_CVS@stroock.com <br> *Attorneys For Plaintiffs JDS Therapeutics, LLC and Nutrition 21, LLC* | ROTHWELL, FIGG, ERNST & MANBECK, P.C. <br> Attorneys for Defendant <br><br> By:   _s/ Steven Lieberman_____ <br> Steven Lieberman <br> Sharon L. Davis <br> Daniel McCallum <br> Rachel M. Echols <br> Rothwell, Figg, Ernst & Manbeck P.C. <br> 607 14th Street, N.W., Suite 800 <br> Washington, DC 20005 <br> Tel.: (202) 783-6040 <br> Fax: (202) 783-6031 <br> Email: slieberman@rothwellfigg.com <br> Email: sdavis@rothwellfigg.com <br> Email: dmccallum@rothwellfigg.com <br> Email: rechols@rothwellfigg.com <br> *Attorneys for Defendant CVS Pharmacy, Inc.* |

NY 75924766v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JDS THERAPEUTICS, LLC and NUTRITION 21, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CVS Pharmacy, Inc.,<br><br>　　　　　　　　Defendant. | Case No. 1:15-cv-04365 (JSR)(AJP)<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

I, Tanya Lee, hereby certify that the foregoing Stipulation of Dismissal was served on the following counsel of record for Defendant via ECF filing and email on November 11, 2015 to the following:

> **Steven Lieberman**
> **Sharon L. Davis**
> **Daniel McCallum**
> **Rachel M. Echols**
> Rothwell, Figg, Ernst & Manbeck P.C.
> 607 14th Street, N.W., Suite 800
> Washington, DC 20005
> Tel.: (202) 783-6040
> Fax: (202) 783-6031
> Email: slieberman@rothwellfigg.com
> Email: sdavis@rothwellfigg.com
> Email: dmccallum@rothwellfigg.com
> Email: rechols@rothwellfigg.com

　　　　*Attorneys for Defendant CVS Pharmacy, Inc.*

　　　　　　　　　　*s/ Tanya Lee*
　　　　　　　　　　　Paralegal

NY 75926500